EDWIN OLIVER HARRISON et al., Respondents, *v.* MARY W. PLATT et al., Respondents.

In the Matter of the Petition of ADOLPHUS OTTENBERG, Purchaser, Appellant.

*Harrison* v. *Platt*, 35 App. Div. 533, affirmed.
(Argued February 28, 1899; decided March 21, 1899.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 9, 1898, affirming an order of Special Term denying the petition of a purchaser at a partition sale to be relieved from his purchase.

*Abram I. Elkus* and *Edward J. McGuire* for appellant.

*Francis B. Chedsey* and *Cephas Brainerd* for respondents.

Order affirmed, with costs, on opinion below.
All concur.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES DOOLEY, Appellant, *v.* WILLIAM BERRI et al., Composing the TRUSTEES OF THE NEW YORK AND BROOKLYN BRIDGE, Respondents.

*People ex rel. Dooley* v. *Berri*, 19 App. Div. 629, affirmed.
(Argued February 28, 1899; decided March 21, 1899.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 28, 1897, affirming on certiorari a determination of the board of trustees of the New York and Brooklyn Bridge, dismissing the relator from its police force.

*Hyacinthe Ringrose* for appellant.

*John Whalen, Corporation Counsel* (*James C. Bergen*, of counsel) for respondents.

Order affirmed, with costs; no opinion.
All concur, except PARKER, Ch. J., not sitting.